STELLA HART, RESPONDENT, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, APPELLANT.

Submitted February 14, 1930—Decided October 20, 1930.

For the respondent, *Hershenstein & Finnerty*.

For the appellant, *William A. Barkalow*.

PER CURIAM.

The judgment under review herein should be affirmed for the reason expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CAMPBELL, BODINE, DALY, DONGES, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.